JOSEPH C. STOLINSKI, ADMINISTRATOR, APPELLEE, V. ABRA-
HAM L. PATRICK ET AL., APPELLANTS.

279 N. W. 782

FILED MAY 20, 1938. No. 30350.

*Nickerson & Nickerson,* for appellants.

*William R. Patrick, contra.*

Heard before GOSS, C. J., EBERLY, DAY, PAINE, CARTER
and MESSMORE, JJ.

CARTER, J.

This is an appeal from an order of the district court for
Sarpy county vacating and setting aside an order allowing
a moratory stay on 200 acres of land under the provisions
of section 20-21,159, Comp. St. Supp. 1933.

The moratory stay was allowed on April 10, 1934. On
July 30, 1937, a motion to vacate the order allowing a mora-
tory stay was filed and the motion was sustained on Oc-
tober 18, 1937. The moratory act, as amended in 1937
(Laws 1937, ch. 42), has been held void. *First Trust Co. v.
Smith, ante,* p. 84, 277 N. W. 762. In this situation, the
trial court did not err in vacating and setting aside the
order granting the moratory stay. *Mutual Benefit Life Ins.
Co. v. Long, ante,* p. 186, 278 N. W. 270.

AFFIRMED.